IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-00898-MEH

JOSE MARTINEZ,

        Plaintiff,

vs.

A2M4SEEN, LLLP,

        Defendants.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 31, issued on March 26, 2021] of Magistrate Judge Michael E. Hegarty granting the Defendants' [ECF 22, filed January 29, 2021] which order is incorporated by reference, it is

ORDERED that judgment shall enter IN FAVOR of the Defendant, A2M4Seen, LLLP, and AGAINST the Plaintiff, Jose Martinez, on all claims for relief and causes of action asserted in this case.

Dated at Denver, Colorado, this 29th day of March 2021.

                                    FOR THE COURT:
                                    Jeffrey P. Colwell, Clerk

                                    By *s/ C. Thompson*
                                       C. Thompson
                                       Deputy Clerk